# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-22988-JAD |
| | : | |
| Deanna Deanes | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Deanna Deanes | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Deanna Deanes** hereby state as follows:

1. I am currently earning part-time casual income in the amount of $800.00 per month.

2. My uncle lives in the household and contributes $3,900.00 per month.

3. I ma not required to file income tax returns.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>August 21, 2019</u>

/s/ Deanna Deanes
**Deanna Deanes**
Debtor