**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-22988-JAD |
| | : | |
| Deanna C. Deanes, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**<u>CERTIFICATE OF SERVICE</u>**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated December 23, 2020 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated December 2, 2020* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated December 24, 2020                                /s/ Lawrence W. Willis
                                                                             Lawrence W. Willis, Esquire
                                                                             PA I.D. # 85299
                                                                             Willis & Associates
                                                                             201 Penn Center Blvd
                                                                             Pittsburgh, PA 15235
                                                                             Tel: 412.235.1721
                                                                             Fax: 412.542.1704

MATRIX

Deanna C. Deanes
613 Walnut Street
Irwin, PA 15642

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Cb Indigo/gf
Po Box 4499
Beaverton, OR 97076

Central Loan Admin & R
Po Box 77404
Ewing, NJ 08628

Comenity Bank/gnteagle
Po Box 182789
Columbus, OH 43218

Comenitybank/victoria
Po Box 182789
Columbus, OH 43218

Comenitycb/forever21
Po Box 182120
Columbus, OH 43218

Comenitycb/ulta
Po Box 182120
Columbus, OH 43218

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Debt Rec Sol
6800 Jericho Turnpike
Syosset, NY 11791

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773

Lvnv Funding Llc
Po Box 1269
Greenville, SC 29602

M & T Bank Mortgage
Po Box 900
Millsboro, DE 19966

Macys/dsnb
Po Box 8218
Mason, OH 45040

Midland Funding
320 East Big Beaver
Troy, MI 48083

Navient
Po Box 9500
Wilkes Barre, PA 18773

Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773

Syncb/care Credit
950 Forrer Blvd
Kettering, OH 45420

Syncb/toysrus
Po Box 965005
Orlando, FL 32896

Trident Asset Manageme
10375 Old Alabama Road Co
Alpharetta, GA 30022