IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-22988-JAD |
| Deanna C. Deanes, | : | |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Ronda J. Winnecour, Esquire, | : | RELATED TO DOCKET NO. 45 |
| Movant | : | |
| | : | Doc. # 50 |
| vs. | : | |
| | : | |
| Deanna C. Deanes, | : | |
| | : | |
| Respondents | : | |

### CONSENT ORDER DISMISSING CASE

**AND NOW** on this  8th  day of  October  , 2021, it is hereby ordered and directed as follows:

1. The Debtor received a Trustee Certificate of Default on 09/15/2021.

2. The Debtor was to respond to the Trustee Certificate of Default by way of Amended Plan on 10/7/2021. No Response has been filed, and the deadline is today.

3. The within case is Dismissed Without Prejudice.

4. This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

5. The Clerk shall give notice to all creditors of this dismissal.

Date:   October 7, 2021                    /s/ Lawrence W Willis
                                           Lawrence W. Willis

                                           PA 85299
                                           Willis & Associates
                                           201 Penn Center Blvd
                                           Suite 310
                                           Pittsburgh, PA 15235
                                           412-235-1721
                                           Email: ecf@westernpaban
                                           kruptcy.com

Date October 7, 2021                       /s/ Ronda J. Winnecour
                                           Ronda J. Winnecour,
                                           Esquire
                                           Suite 3250, U.S. Steel Tower
                                           600 Grant Street
                                           Pittsburgh, PA 15219
                                           Attorney for the Trustee


FILED
10/8/21 12:22 pm
CLERK
U.S. BANKRUPTCY                            BY THE COURT:
COURT - WDPA

                                                                          jsf
10/8/2021                                  _____
                                           Jeffery A. Deller,
                                           *United States Bankruptcy Judge*

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Deanna C. Deanes  
    Debtor

Case No. 19-22988-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 4  
Date Rcvd: Oct 08, 2021      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deanna C. Deanes, 613 Walnut Street, Irwin, PA 15642-3533 |
| 15128744 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15095709 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15095711 | + | Debt Rec Sol, 6800 Jericho Turnpike, Syosset, NY 11791-4436 |
| 15126920 | + | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15095714 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15095722 | + | Trident Asset Manageme, 10375 Old Alabama Road Co, Alpharetta, GA 30022-1122 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 08 2021 23:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 08 2021 23:21:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15095702 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 08 2021 23:21:10 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15095703 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 08 2021 23:08:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15095704 | + | Email/Text: clientservices@credit-control.com | Oct 08 2021 23:07:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628-6404 |
| 15095705 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2021 23:07:00 | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 15095706 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2021 23:07:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15095707 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2021 23:07:00 | Comenitycb/forever21, Po Box 182120, Columbus, OH 43218-2120 |
| 15095708 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2021 23:07:00 | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15095710 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2021 23:20:53 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15095715 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2021 23:20:54 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15133027 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2021 23:07:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15095712 | + | Email/PDF: pa_dc_ed@navient.com | Oct 08 2021 23:21:10 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |

Case 19-22988-JAD    Doc 52    Filed 10/10/21    Entered 10/11/21 00:24:10    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 08, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15131994 | | Email/Text: G06041@att.com | Oct 08 2021 23:07:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15103401 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2021 23:21:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15095713 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2021 23:20:53 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15095716 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2021 23:07:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15126947 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2021 23:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15095717 | + | Email/PDF: pa_dc_claims@navient.com | Oct 08 2021 23:21:10 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15097448 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 08 2021 23:20:53 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15136185 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 08 2021 23:21:10 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15133674 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2021 23:21:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15095718 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2021 23:21:02 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15132426 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2021 23:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15132425 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2021 23:07:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15095719 | + | Email/PDF: pa_dc_claims@navient.com | Oct 08 2021 23:21:10 | Sallie Mae, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15095720 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2021 23:21:10 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 15095721 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2021 23:21:10 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 15110715 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 08 2021 23:07:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| 15110694 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15110716 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15110695 | *+ | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15110717 | *+ | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15110696 | *+ | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628-6404 |
| 15110718 | *+ | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628-6404 |
| 15110697 | *+ | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 15110719 | *+ | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 15110698 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15110720 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15110699 | *+ | Comenitycb/forever21, Po Box 182120, Columbus, OH 43218-2120 |
| 15110721 | *+ | Comenitycb/forever21, Po Box 182120, Columbus, OH 43218-2120 |

Case 19-22988-JAD    Doc 52    Filed 10/10/21    Entered 10/11/21 00:24:10    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 08, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| | | |
| --- | --- | --- |
| 15110700 | *+ | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15110722 | *+ | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15110701 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15110723 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15110702 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15110724 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15110707 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15110729 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15110703 | *+ | Debt Rec Sol, 6800 Jericho Turnpike, Syosset, NY 11791-4436 |
| 15110725 | *+ | Debt Rec Sol, 6800 Jericho Turnpike, Syosset, NY 11791-4436 |
| 15110704 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15110726 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15110705 | *+ | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15110727 | *+ | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15110706 | *+ | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15110728 | *+ | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15110708 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15110730 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15110709 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15110731 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15110710 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15110732 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15110711 | *+ | Sallie Mae, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15110733 | *+ | Sallie Mae, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15110712 | *+ | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 15110734 | *+ | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 15110713 | *+ | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 15110735 | *+ | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 15110714 | *+ | Trident Asset Manageme, 10375 Old Alabama Road Co, Alpharetta, GA 30022-1122 |
| 15110736 | *+ | Trident Asset Manageme, 10375 Old Alabama Road Co, Alpharetta, GA 30022-1122 |
| 15110737 | *+ | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 1 Undeliverable, 43 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | |

District/off: 0315-2 | User: dpas | Page 4 of 4
Date Rcvd: Oct 08, 2021 | Form ID: pdf900 | Total Noticed: 36

    on behalf of Debtor Deanna C. Deanes ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich
    on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6