## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Deanna C. Deanes

               Debtor(s)

Lakeview Loan Servicing LLC, its successors and/or assigns

               Movant

       v.

Deanna C. Deanes

               Respondent

      and

Ronda J. Winnecour, Trustee

               Additional Respondent

BK. NO. 19-22988 JAD

CHAPTER 13

Related to Docket #_____47_____

### ORDER

AND NOW, this  21st    day of October     , 2021, at Pittsburgh, It appears to the court that an order was signed on 10/8/2021 at Doc. # 51, which dismissed this bankruptcy without prejudice .

It is hereby ordered that the Motion for Relief from Automatic Stay filed at Doc. # 47 is denied as moot.

,     It is further ordered that the hearing set for  October 27, 2021 is cancelled.

FILED
10/21/21 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
United States Bankruptcy Judge
  Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 19-22988-JAD

Deanna C. Deanes                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dpas                                  Page 1 of 2

Date Rcvd: Oct 21, 2021                    Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

**Recip ID              Recipient Name and Address**
db                      +  Deanna C. Deanes, 613 Walnut Street, Irwin, PA 15642-3533

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:**

**Name**                        **Email Address**

Brian Nicholas
                                on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Keri P. Ebeck
                                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lawrence W. Willis
                                on behalf of Debtor Deanna C. Deanes ecf@westernpabankruptcy.com
                                urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich
                                on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2                                   User: dpas                                   Page 2 of 2
Date Rcvd: Oct 21, 2021                          Form ID: pdf900                          Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6