**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DEANNA C. DEANES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-22988 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/30/2019 and confirmed on 09/27/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,072.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,072.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,063.63 | |
|    Trustee Fee | 1,131.88 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,195.51 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 16,876.49 | 0.00 | 16,876.49 |
|    Acct: 1625 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 15,006.24 | 0.00 | 0.00 | 0.00 |
|    Acct: 1625 | | | | |
| | | | | 16,876.49 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| DEANNA C. DEANES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,200.00 | 3,063.63 | 0.00 | 0.00 |
|    Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 1,500.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

* * * N O N E * * *

| 19-22988 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2569 | | | | |
| INDIGO CREDIT CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7750 | | | | |
| CENTRAL LOAN ADMINISTRATION AND RE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8726 | | | | |
| MIDLAND FUNDING LLC | 2,233.53 | 0.00 | 0.00 | 0.00 |
| Acct: 7458 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 2,264.22 | 0.00 | 0.00 | 0.00 |
| Acct: 6258 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENI | 388.08 | 0.00 | 0.00 | 0.00 |
| Acct: 3487 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3828 | | | | |
| CREDIT FIRST NA* | 597.93 | 0.00 | 0.00 | 0.00 |
| Acct: 8863 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1420 | | | | |
| DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9225 | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1015 | | | | |
| LVNV FUNDING LLC | 954.19 | 0.00 | 0.00 | 0.00 |
| Acct: 1420 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 532.30 | 0.00 | 0.00 | 0.00 |
| Acct: 2879 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1698 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0821 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3828 | | | | |
| SALLIE MAE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2200 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0898 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 760.85 | 0.00 | 0.00 | 0.00 |
| Acct: 7122 | | | | |
| ORION PORTFOLIO SERVICES II LLC | 681.88 | 0.00 | 0.00 | 0.00 |
| Acct: 7750 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURCE | 853.32 | 0.00 | 0.00 | 0.00 |
| Acct: 5100 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOUIS BEDNARCZYK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                    16,876.49

```
TOTAL CLAIMED
   PRIORITY              0.00
   SECURED          15,006.24
   UNSECURED         9,266.30
```

Date: 11/04/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com